AUSA:  William J. Vaihencourt, Jr.   Telephone: (313) 920-3193
Special Agent:  Scott Engelby   Telephone: (313) 919-1391

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| In the Matter of the Search of ) <br> *(Briefly describe the property to be searched* <br> *or identify the person by name and address)* ) <br> A Motorola cell phone model number: XT2005DL.  ) <br> ) <br> ) | Case No.  1:21-mc-51347 -1 <br> Judge: Ludington, Thomas L. <br> Filed: 10-27-2021 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Eastern   District of   Michigan  .
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

> I hereby certify that the foregoing is a true copy of the original on file in this office.
> 
> **Clerk, U.S. District Court**
> **Eastern District of Michigan**
> 
> By: *s/ Kristen Castaneda*
>      Deputy

**YOU ARE COMMANDED** to execute this warrant on or before   November 10, 2021   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   the presiding United States Magistrate Judge on duty  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   October 27, 2021   4:15 pm         _____
                                                            *Judge's signature*

City and state:   Bay City, Michigan            Patricia T. Morris,   U. S. Magistrate Judge
                                                *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:21-mc-51347-1 | Date and time warrant executed: 10/28/2021 1200pm | Copy of warrant and inventory left with: Dillon Story |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: Motorola cell phone | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/28/2021

*Executing officer's signature*

SA Scott Engelby
*Printed name and title*

**Attachment A**

Target Device to be searched

The TARGET DEVICE is a Motorola cell phone model number: XT2005DL. The image shown is not the actual device but an example of what the device looks like.



# ATTACHMENT B

# LIST OF ITEMS TO BE SEIZED

1. The items to be seized are evidence, contraband, fruits, or instrumentalities of violations Title 18, United States Code, Sections 2252A(a)(2) and 2252A(a)(5)(B), which make it a crime to knowingly distribute, receive and possess child pornography through the use of a means and facility of interstate or foreign commerce including, but not limited to, the Internet consisting of:

   a. lists of customers, contacts, and related identifying information for sources of child pornography;

   b. any information related to sources or methods of obtaining child pornography (including names, contact information, websites or addresses, any other identifying information, and any software or hardware used to create, transmit, possess, or secure files) or evidence of access to children;

   c. any information or evidence, including videos or images, of child pornography as defined in 18 U.S.C § 2256;

   d. information, correspondence, records, documents or other materials constituting evidence of or pertaining to child pornography, child erotica, or access to children; or constituting evidence of or pertaining

to the production, possession, receipt, distribution, accessing, or transmission through interstate or foreign commerce of child pornography, child erotica, or visual depictions of minors engaged in sexually explicit conduct; or constituting evidence of or pertaining to an interest in child pornography or sexual activity with children.

2. Evidence of user attribution showing who used or owned the items at the time the things described in this warrant were created, edited, or deleted, including but not limited to logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3. Records evidencing the use of the Internet or programs, software, or methods to facilitate the acquisition of child pornography including:

   a. records of Internet Protocol addresses used;

   b. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

4. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage

(such as flash memory or other media that can store data) and any photographic form.

5.  The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high-speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

6.  The term "storage medium" includes any physical object upon which computer data can be recorded.  Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.